# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Turner Construction Company | ) | ASBCA No. 62071 |
| | ) | |
| Under Contract No. N40080-16-C-0156 | ) | |

APPEARANCES FOR THE APPELLANT:   Robert J. Symon, Esq.
Amy E. Garber, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Ellen M. Evans, Esq.
Julie C. Ruggieri, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

This appeal was docketed on May 17, 2019. On July 16, 2019, prior to the filing of a complaint, appellant filed a motion to dismiss this appeal without prejudice. The government does not object to appellant's request. Accordingly, this appeal is dismissed from the Board's docket without prejudice.

Dated: August 22, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62071, Appeal of Turner Construction Company, rendered in conformance with the Board's Charter.

Dated: _____

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals